**De Forest Bowman, appellee, v. John Negrescou, appellant. Gen. No. 29,336.**

Action to recover instalment on note given for premium on insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

O'Brien, Rutledge & Hayes, for appellant; David J. A. Hayes, of counsel. T. P. McClory, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Frank Simon, appellant, v. Frank K. Reilly, trading as Frank K. Reilly & Company, appellee. Gen. No. 29,367.**

Action in trover to recover value of bonds alleged to have been converted by the defendant. Judgment for plaintiff for one cent damages. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and judgment here. Opinion filed April 29, 1925. Rehearing denied May 13, 1925.

Freeman, Mason & Igoe, for appellant. K. B. Czarnecki, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Fort Dearborn Furniture Company, appellee, v. Gallipolis Furniture Manufacturing Company, appellant. Gen. No. 29,376.**

Action on promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Isaac B. Lipson and Joseph A. Golde, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Deree & Company, defendant in error, v. Louis G. Neiman et al., plaintiffs in error. Gen. No. 29,201.**

Judgment for plaintiffs on verdict. Error to the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed for lack of bill of exceptions. Opinion filed May 11, 1925.

L. A. Sherwin, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.